424 A.2d 494

COMMONWEALTH of Pennsylvania

v.

**William BIBBS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 14, 1980.

Decided Jan. 27, 1981.

Kevin P. Kelly, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Victor M. Fortuno, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgments of Sentence of the Court of Common Pleas of Philadelphia are affirmed.